No. 80–1621. ATCHISON, TOPEKA & SANTA FE RAILWAY Co. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–1631. GIRESI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–1677. GREGORY v. WHITE, ATTORNEY GENERAL OF TEXAS, ET AL. Ct. Civ. App. Tex., 4th Sup. Jud. Dist. Certiorari denied.

No. 80–1696. HARING v. REGAN, SECRETARY OF THE TREASURY. C. A. D. C. Cir. Certiorari denied.

No. 80–1708. Dow CHEMICAL Co. v. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. 6th Cir. Certiorari denied.

No. 80–1712. SOUTH DAKOTA ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 80–1722. SHARROW v. HOLTZMAN. C. A. 2d Cir. Certiorari denied.

No. 80–1726. BRICE-NASH v. BRICE-NASH. Ct. App. Kan. Certiorari denied.

No. 80–1734. MARGOLES v. TORMEY ET AL. C. A. 7th Cir. Certiorari denied.

No. 80–1736. LaFARGUE v. SUPREME COURT OF LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 80–1739. STELLY v. ATLANTIC PACIFIC MARINE CORP. C. A. 5th Cir. Certiorari denied.